**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: PICKUS, LOUIS | § | Case No. 10-17309-ABG |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 19, 2010. The undersigned trustee was appointed on April 19, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         31,438.58

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 724.74 |
| Bank service fees | 2,722.05 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 27,991.79 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/30/2011 and the deadline for filing governmental claims was 10/16/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,893.86.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,893.86, for a total compensation of $3,893.86.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $126.74 and now requests reimbursement for expenses of $4.85, for total expenses of $131.59.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/05/2016     By: /s/JOHN E. GIERUM
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  

**Period Ending:** 04/05/16

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 04/19/10 (f)  
**§341(a) Meeting Date:** 06/07/10  
**Claims Bar Date:** 03/30/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  1200 W. Monroe, #905&906 , Chicago, IL, Condo  Orig. Asset Memo: Imported from original petition Doc# 12 | 300,000.00 | 0.00 | OA | 0.00 | FA |
| 2  Cash  Orig. Asset Memo: Imported from original petition Doc# 12 | 40.00 | 40.00 | | 0.00 | FA |
| 3  Bank of America - Checking Account P.O. Box 2511  Orig. Asset Memo: Imported from original petition Doc# 12 | 2,310.19 | 2,310.19 | | 2,310.19 | FA |
| 4  Bank of America - Money Market P.O. Box 25118 Ta  Orig. Asset Memo: Imported from original petition Doc# 12 | 55.05 | 55.05 | | 55.05 | FA |
| 5  First Midwest Bank 3800 Rock Creek Boulevard Jol  Orig. Asset Memo: Imported from original petition Doc# 12 | 902.66 | 902.66 | | 902.66 | FA |
| 6  Charles Schwab 211 Main Street San Francisco, CA  Orig. Asset Memo: Imported from original petition Doc# 12 | 4,208.39 | 4,208.39 | | 4,208.39 | FA |
| 7  Health Savings Account American Chartered Bank 1  Orig. Asset Memo: Imported from original petition Doc# 12 | 57.59 | 57.59 | | 0.00 | FA |
| 8  Flexible Spending Account United Health Care P.O  Orig. Asset Memo: Imported from original petition Doc# 12 | 495.77 | 495.77 | | 0.00 | FA |
| 9  Investment Account Credit Suisse Eleven Madison  Orig. Asset Memo: Imported from original petition Doc# 12 | 6,263.35 | 6,263.35 | | 3,131.68 | FA |
| 10  Household goods and furnishingsSee Attached List  Orig. Asset Memo: Imported from original petition Doc# 12 | 2,272.50 | 2,272.50 | | 0.00 | FA |
| 11  Paintings (2) (approx. liquidation value)  Orig. Asset Memo: Imported from original petition Doc# 12 | 75.00 | 75.00 | | 0.00 | FA |
| 12  Men's Clothing (approx. liquidation value) | 500.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  
**Period Ending:** 04/05/16

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 04/19/10 (f)  
**§341(a) Meeting Date:** 06/07/10  
**Claims Bar Date:** 03/30/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 12 | | | | |
| 13 | Men's Watch (approx. liquidation value)<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 300.00 | 300.00 | | 0.00 | FA |
| 14 | Wedding Band (approx. liquidation value)<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 150.00 | 150.00 | | 0.00 | FA |
| 15 | Woodworking Equipment (approx. liquidation value<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 575.00 | 575.00 | | 0.00 | FA |
| 16 | Prudential - Variable Life Insurance P.O. Box 73<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 38,607.84 | 0.00 | | 0.00 | FA |
| 17 | American General - Term Life Insurance 2727-A Al<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 401(k) Guardian Life Insurance Co. 7 Hanover Squ<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 231,885.65 | 0.00 | | 0.00 | FA |
| 19 | IRA Charles Schwab 211 Main Street San Francisco<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 2,397.46 | 0.00 | | 0.00 | FA |
| 20 | 909 Shares of Verizon @ 30.45 per share Charles<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 13,839.53 | 9,839.53 | | 9,839.53 | FA |
| 21 | 78 Shares of Prudential Financial @ 51.03 per sh<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 3,980.34 | 3,980.34 | | 3,980.34 | FA |
| 22 | 1000 Shares of Valuclick @ 10.14 per share Credi<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 5,070.00 | 5,070.00 | | 5,070.00 | FA |
| 23 | 32.1493 Shares of Motorola @ $7.09 per share<br>Orig. Asset Memo: Imported from original petition | 227.94 | 227.94 | | 227.94 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  

**Period Ending:** 04/05/16

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 04/19/10 (f)  
**§341(a) Meeting Date:** 06/07/10  
**Claims Bar Date:** 03/30/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 12 |  |  |  |  |  |
| 24 | 3330 LLC, an Illinois limited liability company<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 |  | 0.00 | FA |
| 25 | 3J-L, LLC, an Illinois limited liability company<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 |  | 0.00 | FA |
| 26 | A.M. Pickus Limited Partnership - Ownership Inte<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 |  | 0.00 | FA |
| 27 | BC Leasing of Ill, Inc., an Illinois corporation<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 |  | 0.00 | FA |
| 28 | BIX Corp., an Illinois corporation - 16.67% Owne<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 |  | 0.00 | FA |
| 29 | Castle Road Limited Partnership - .01% General P<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 |  | 0.00 | FA |
| 30 | G.L. Venture, L.L.C., an Illinois limited liabil<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 |  | 0.00 | FA |
| 31 | Grayslake Senior Residence L.P. - 5.55% Limited<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 |  | 0.00 | FA |
| 32 | North Shore Development Company, an Illinois cor<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 |  | 0.00 | FA |
| 33 | OSP III, LLC, an Illinois limited liability comp<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 |  | 0.00 | FA |
| 34 | Pickus Construction and Equipment Company, Inc.,<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 |  | 0.00 | FA |

Exhibit A

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  

**Period Ending:** 04/05/16

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 04/19/10 (f)  
**§341(a) Meeting Date:** 06/07/10  
**Claims Bar Date:** 03/30/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 35 | Signature Condos One, LLC, an Illinois limited l<br>Orig. Asset Memo: Imported from original petition Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 36 | Standing Rock LLC, an Illinois limited liability<br>Orig. Asset Memo: Imported from original petition Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 37 | Zion Senior Cottages, Inc., an Illinois corporat<br>Orig. Asset Memo: Imported from original petition Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 38 | Amended 2007 Federal Tax Return - anticipated re<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 1,649.50 | 1,649.50 | | 0.00 | FA |
| 39 | Amended 2007 State Tax Return - anticipated refu<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 61.00 | 61.00 | | 0.00 | FA |
| 40 | Gross wages accrued on April 16, 2010 Administaf<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 249.97 | 37.50 | | 0.00 | FA |
| 41 | Possible 2009 Federal Tax Refund Internal Revenu<br>Orig. Asset Memo: Imported from original petition Doc# 12 | Unknown | Unknown | | 1,710.50 | FA |
| 42 | Possible 2009 State Tax Refund Illinois Departme<br>Orig. Asset Memo: Imported from original petition Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 43 | Dog<br>Orig. Asset Memo: Imported from original petition Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.30 | Unknown |
| 44 | **Assets Totals** (Excluding unknown values) | **$616,174.73** | **$38,571.31** | | **$31,438.58** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claims objections being processed, then can do TFR.

12/15 Proceesing claim objections to facilitate TFR, anticipated claim objections to be completed spring 2016, TFR in the summer.

Printed: 04/05/2016 10:59 AM    V.13.25

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 04/19/10 (f)  
**§341(a) Meeting Date:** 06/07/10

**Period Ending:** 04/05/16

**Claims Bar Date:** 03/30/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2012      **Current Projected Date Of Final Report (TFR):** September 30, 2016

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-17309-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | PICKUS, LOUIS | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******47-65 - Checking Account |
| Taxpayer ID #: | **-***6234 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/05/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/30/11 | | Louis Pickus | Cash balance from bank account/Money Market Account | | 2,365.24 | | 2,365.24 |
| | {3} | | | 2,310.19 | 1129-000 | | 2,365.24 |
| | {4} | | | 55.05 | 1129-000 | | 2,365.24 |
| 04/18/11 | {5} | Louis J. Pickus | Cash balance from joint checking | 1129-000 | 902.66 | | 3,267.90 |
| 04/19/11 | {6} | Sara H. Pickus | Debtor's portion of Chas. Scwab acc't  value as of date of petition filing | 1129-000 | 4,208.39 | | 7,476.29 |
| 04/19/11 | {9} | Sara H. Pickus | Debtor's portion of Credit Suisse acc't Value as of date of Petition Filing | 1129-000 | 3,131.68 | | 10,607.97 |
| 04/19/11 | {20} | Sara H. Pickus | Debtor's portion of 909 shares of Verizon stock Value as of date of Petition filing | 1129-000 | 9,839.53 | | 20,447.50 |
| 04/19/11 | {21} | Sara H. Pickus | Debtor's portion 78 Shares of Prudential Financial Asset Value as of date of Petition filing | 1129-000 | 3,980.34 | | 24,427.84 |
| 04/19/11 | {22} | Sara H. Pickus | Asset Value debtor's portion 100 shares Valueclick as of date of Petition filing | 1129-000 | 5,070.00 | | 29,497.84 |
| 04/19/11 | {23} | Sara H. Pickus | Asset Value debtor's shares Motorola as of date of Petition Filing | 1129-000 | 227.94 | | 29,725.78 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 29,725.88 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 29,726.13 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,726.37 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 29,726.62 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.01 | 29,669.61 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 29,669.86 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.11 | 29,600.75 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.04 | 29,602.79 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,603.03 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.82 | 29,542.21 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 29,542.46 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.68 | 29,483.78 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,484.02 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.62 | 29,419.40 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,419.64 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.45 | 29,359.19 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,359.43 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.18 | 29,295.25 |

Subtotals :      $29,728.08      $432.83

{} Asset reference(s)                                                        Printed: 04/05/2016 10:59 AM     V.13.25

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case Number:** 10-17309-ABG | **Trustee:** | JOHN E. GIERUM (520171) |
| **Case Name:** PICKUS, LOUIS | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | ****-******47-65 - Checking Account |
| **Taxpayer ID #:** **-***6234 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** 04/05/16 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/07/12 | | To Account #**********4766 | TRANSFER OF FUNDS | 9999-000 | | 26.63 | 29,268.62 |
| 02/23/12 | {41} | Sara H. Pickus | Possible 2009 Federal Tax Refund | 1129-000 | 1,710.50 | | 30,979.12 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.57 | 30,920.55 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.36 | 30,857.19 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.12 | 30,796.07 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.42 | 30,726.65 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.86 | 30,665.79 |
| 07/09/12 | | To Account #**********4766 | TRANSFER OF FUNDS | 9999-000 | | 30,665.79 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 31,438.58 | 31,438.58 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 30,692.42 | |
| | | | **Subtotal** | | 31,438.58 | 746.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$31,438.58** | **$746.16** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-17309-ABG | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** PICKUS, LOUIS | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******47-66 - Checking Account |
| **Taxpayer ID #:** **-***6234 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/05/16 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/07/12 | | From Account #**********4765 | TRANSFER OF FUNDS | 9999-000 | 26.63 | | 26.63 |
| 02/10/12 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #10-17309, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 26.63 | 0.00 |
| 07/09/12 | | From Account #**********4765 | TRANSFER OF FUNDS | 9999-000 | 30,665.79 | | 30,665.79 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.08 | 30,619.71 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.83 | 30,554.88 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.43 | 30,496.45 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.73 | 30,427.72 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.34 | 30,365.38 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.14 | 30,305.24 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 30,305.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,692.42 | 30,692.42 | $0.00 |
| | | | Less: Bank Transfers | | 30,692.42 | 30,305.24 | |
| | | | **Subtotal** | | **0.00** | **387.18** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$387.18** | |

{} Asset reference(s)        Printed: 04/05/2016 10:59 AM    V.13.25

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  

**Taxpayer ID #:** **-***6234  
**Period Ending:** 04/05/16  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 30,305.24 | | 30,305.24 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.48 | 30,258.76 |
| 02/08/13 | 10102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #10-17309, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 33.54 | 30,225.22 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.59 | 30,184.63 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.96 | 30,142.67 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.24 | 30,096.43 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.72 | 30,051.71 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.34 | 30,011.37 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.48 | 29,963.89 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.09 | 29,920.80 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.60 | 29,879.20 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.27 | 29,831.93 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.04 | 29,791.89 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.13 | 29,744.76 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.20 | 29,700.56 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.86 | 29,660.70 |
| 03/04/14 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #10-17309, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 27.44 | 29,633.26 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.20 | 29,592.06 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.40 | 29,546.66 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.49 | 29,504.17 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.02 | 29,463.15 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.61 | 29,416.54 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.89 | 29,375.65 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.06 | 29,330.59 |
| 10/20/14 | 10104 | Illinois Department of Revenue | payment for administrative income tax | 2820-000 | | 598.00 | 28,732.59 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.59 | 28,689.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.31 | 28,651.69 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.70 | 28,604.99 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.14 | 28,563.85 |
| 02/18/15 | 10105 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER | 2200-000 | | 20.27 | 28,543.58 |

Subtotals :    $30,305.24    $1,761.66

{} Asset reference(s)    Printed: 04/05/2016 10:59 AM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  
**Taxpayer ID #:** **-***6234  
**Period Ending:** 04/05/16  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 12/31/2014 FOR CASE #10-17309, Reimbursement for Blanket Bond No. 10BSBGR6291 | | | | |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.33 | 28,505.25 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.73 | 28,461.52 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.93 | 28,420.59 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.51 | 28,381.08 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.54 | 28,337.54 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.11 | 28,295.43 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.34 | 28,256.09 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.35 | 28,212.74 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.57 | 28,172.17 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.17 | 28,133.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.51 | 28,088.49 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.95 | 28,049.54 |
| 02/12/16 | 10106 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #10-17309, Bond premium - 2-01-16 to 2-01-17 | 2200-000 | | 18.86 | 28,030.68 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.89 | 27,991.79 |
| | | | **ACCOUNT TOTALS** | | 30,305.24 | 2,313.45 | **$27,991.79** |
| | | | Less: Bank Transfers | | 30,305.24 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,313.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,313.45** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******47-65** | 31,438.58 | 746.16 | 0.00 |
| **Checking # ****-******47-66** | 0.00 | 387.18 | 0.00 |
| **Checking # ******1666** | 0.00 | 2,313.45 | 27,991.79 |
| | **$31,438.58** | **$3,446.79** | **$27,991.79** |

{} Asset reference(s)      Printed: 04/05/2016 10:59 AM    V.13.25

# Claims Proposed Distribution - Exhibit C

## Case:  10-17309-ABG   PICKUS, LOUIS

**Case Balance:** $27,991.79    **Total Proposed Payment:** $27,991.79    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| TEE | JOHN E. GIERUM <2100-00 Trustee Compensation> | Admin Ch. 7 | 3,893.86 | 3,893.86 | 0.00 | 3,893.86 | 3,893.86 | 24,097.93 |
| TEECPA | Lois West, Popowcer Katten, Ltd. <3410-00 Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 931.00 | 931.00 | 0.00 | 931.00 | 931.00 | 23,166.93 |
| TEEEXP | JOHN E. GIERUM <2200-00 Trustee Expenses> | Admin Ch. 7 | 131.59 | 131.59 | 126.74 | 4.85 | 4.85 | 23,162.08 |
| ADCLERK | Clerk of the United States Bankruptcy Court <2700-00 Clerk of the Court Costs (includes adversary and other filing fees)> | Admin Ch. 7 | 750.00 | 750.00 | 0.00 | 750.00 | 750.00 | 22,412.08 |
| TEEATTY | John Gierum, Gierum & Mantas <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 2,890.00 | 2,890.00 | 0.00 | 2,890.00 | 2,890.00 | 19,522.08 |
| ADMINTAX | Illinois Department of Revenue <2820-00 Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)> | Admin Ch. 7 | 598.00 | 598.00 | 598.00 | 0.00 | 0.00 | 19,522.08 |
| 1 | MB Financial Bank, N.A. | Unsecured | 11,000,000.00 | 11,000,000.00 | 0.00 | 11,000,000.00 | 13,594.37 | 5,927.71 |
| 3 | Norstates Bank | Unsecured | 2,029,450.86 | 2,029,450.86 | 0.00 | 2,029,450.86 | 2,508.10 | 3,419.61 |
| 4 | Chase Bank USA, N.A. | Unsecured | 296.60 | 296.60 | 0.00 | 296.60 | 0.37 | 3,419.24 |
| 5 | MB Financial Bank, successor to New Century Bank | Unsecured | 1,252,251.84 | 1,252,251.84 | 0.00 | 1,252,251.84 | 1,547.60 | 1,871.64 |
| 6 | Columbia Housing SLP Corp & PNC Multifamily | Unsecured | 136,247.44 | 136,247.44 | 0.00 | 136,247.44 | 168.38 | 1,703.26 |
| 7 -2 | Internal Revenue Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,703.26 |
| 8 | Fifth Third Bank | Unsecured | 707,259.99 | 707,259.99 | 0.00 | 707,259.99 | 874.07 | 829.19 |
| 9 -3 | Village Bank and Trust | Unsecured | 670,944.27 | 670,944.27 | 0.00 | 670,944.27 | 829.19 | 0.00 |
| | **Total for Case 10-17309 :** | | **$15,805,645.45** | **$15,805,645.45** | **$724.74** | **$15,804,920.71** | **$27,991.79** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---:|---:|---:|---:|---:|
| **Total Administrative Claims :** | $9,194.45 | $9,194.45 | $724.74 | $8,469.71 | 100.000000% |
| **Total Unsecured Claims :** | $15,796,451.00 | $15,796,451.00 | $0.00 | $19,522.08 | 0.123585% |

**TRUSTEE'S PROPOSED DISTRIBUTION**　　　　　　　　　Exhibit D

Case No.: 10-17309-ABG
Case Name: PICKUS, LOUIS
Trustee Name: JOHN E. GIERUM

**Balance on hand:** $ 27,991.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 27,991.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 3,893.86 | 0.00 | 3,893.86 |
| Trustee, Expenses - JOHN E. GIERUM | 131.59 | 126.74 | 4.85 |
| Attorney for Trustee, Fees - John Gierum, Gierum & Mantas | 2,890.00 | 0.00 | 2,890.00 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 931.00 | 0.00 | 931.00 |
| Charges, U.S. Bankruptcy Court | 750.00 | 0.00 | 750.00 |

Total to be paid for chapter 7 administration expenses: $ 8,469.71
Remaining balance: $ 19,522.08

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 19,522.08

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 19,522.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,796,451.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MB Financial Bank, N.A. | 11,000,000.00 | 0.00 | 13,594.37 |
| 3 | Norstates Bank | 2,029,450.86 | 0.00 | 2,508.10 |
| 4 | Chase Bank USA, N.A. | 296.60 | 0.00 | 0.37 |
| 5 | MB Financial Bank, successor to New Century Bank | 1,252,251.84 | 0.00 | 1,547.60 |
| 6 | Columbia Housing SLP Corp & PNC Multifamily | 136,247.44 | 0.00 | 168.38 |
| 8 | Fifth Third Bank | 707,259.99 | 0.00 | 874.07 |
| 9 -3 | Village Bank and Trust | 670,944.27 | 0.00 | 829.19 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 19,522.08 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**