IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| LOUIS PICKUS, | ) | Case No. 10-17309 |
| | ) | |
| | ) | Judge A. Benjamin Goldgar |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

To:    SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on April 12, 2016, I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, the following:

1. Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object.

The undersigned does hereby certify that a copy of this notice was served electronically or mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 2700 South River Road, Des Plaines, Illinois 60018, before 5:00 p.m. on or before April 12, 2016.

/s/ *John E. Gierum*
John E. Gierum

John E. Gierum, Esq.
GIERUM & MANTAS
2700 South River Road, Ste. 308
Des Plaines, IL 60018
847/318-9130
Atty. #: 0951803

## Service List
## Case No. 10-17309

Patrick S. Layng *
Office of the US Trustee, Region 11
210 S. Dearborn St.
Room 873
Chicago, IL 60604-2027

Erich S. Buck *
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604-3786

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Columbia Housing SLP Corp. & PNC Multifamily Capital Inst. Fund XXIII, LP
c/o Monica S. Blacker
Andrews Kurth, LLP
1717 Main Street
Suite 3700
Dallas, TX 75201

Fifth Third Bank
c/o Eric Palles
Ravitz & Palles, P.C.
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601-1226

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

MB Financial Bank, successor to New Century Bank
c/o Larry Johnson
6111 N. River Road
Rosemont, IL 60018

MB Financial Bank
Attn: Carolyn J. Gergits, First V.P.
6111 N. River Road
4th Floor
Rosemont, IL 60018

MB Financial Bank, successor to New Century
c/o Michael L. Weissman
Levin Ginsburg
180 N. LaSalle St., Ste. 3200
Chicago, IL 60601-2800

Norstates Bank
c/o Leslie Allen Bayles
Bryan Cave LLP
161 N. Clark St., Ste. 4300
Chicago, IL 60601-3315

Louis J. Pickus
979 Beverly Place
Lake Forest, IL 60045-3903

Village Bank and Trust
c/o Andrew Szot
Patzik, Frank & Samotny, Ltd.
150 S. Wacker Dr., Ste. 1500
Chicago, IL 60606-4201

*via ECF