**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: PICKUS, LOUIS | § Case No. 10-17309-ABG |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $579,317.28          Assets Exempt: $277,603.42
*(without deducting any secured claims)*

Total Distribution to Claimants: $19,522.08     Claims Discharged
                                                                              Without Payment: $15,778,632.18

Total Expenses of Administration: $11,916.50

---

    3)  Total gross receipts of $ 31,438.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $31,438.58 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,916.50 | 11,916.50 | 11,916.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 15,798,154.26 | 15,798,154.26 | 19,522.08 |
| **TOTAL DISBURSEMENTS** | $0.00 | $15,810,070.76 | $15,810,070.76 | $31,438.58 |

4) This case was originally filed under Chapter 7 on April 19, 2010. The case was pending for 78 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/02/2016          By: /s/JOHN E. GIERUM
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America - Checking Account P.O. Box 2511 | 1129-000 | 2,310.19 |
| Bank of America - Money Market P.O. Box 25118 Ta | 1129-000 | 55.05 |
| First Midwest Bank 3800 Rock Creek Boulevard Jol | 1129-000 | 902.66 |
| Charles Schwab 211 Main Street San Francisco, CA | 1129-000 | 4,208.39 |
| Investment Account Credit Suisse Eleven Madison | 1129-000 | 3,131.68 |
| 909 Shares of Verizon @ 30.45 per share Charles | 1129-000 | 9,839.53 |
| 78 Shares of Prudential Financial @ 51.03 per sh | 1129-000 | 3,980.34 |
| 1000 Shares of Valuclick @ 10.14 per share Credi | 1129-000 | 5,070.00 |
| 32.1493 Shares of Motorola @ $7.09 per share | 1129-000 | 227.94 |
| Possible 2009 Federal Tax Refund Internal Revenu | 1129-000 | 1,710.50 |
| Interest Income | 1270-000 | 2.30 |
| **TOTAL GROSS RECEIPTS** | | **$31,438.58** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 3,893.86 | 3,893.86 | 3,893.86 |
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 931.00 | 931.00 | 931.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 131.59 | 131.59 | 131.59 |
| Clerk of the United States Bankruptcy Court | 2700-000 | N/A | 750.00 | 750.00 | 750.00 |
| John Gierum, Gierum & Mantas | 3110-000 | N/A | 2,890.00 | 2,890.00 | 2,890.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 598.00 | 598.00 | 598.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.01 | 57.01 | 57.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 67.07 | 67.07 | 67.07 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.82 | 60.82 | 60.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.68 | 58.68 | 58.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 64.62 | 64.62 | 64.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.45 | 60.45 | 60.45 |
| The Bank of New York Mellon | 2600-000 | N/A | 64.18 | 64.18 | 64.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.57 | 58.57 | 58.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.36 | 63.36 | 63.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 61.12 | 61.12 | 61.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 69.42 | 69.42 | 69.42 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.86 | 60.86 | 60.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.08 | 46.08 | 46.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 64.83 | 64.83 | 64.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.43 | 58.43 | 58.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 68.73 | 68.73 | 68.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.34 | 62.34 | 62.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.14 | 60.14 | 60.14 |
| Rabobank, N.A. | 2600-000 | N/A | 46.48 | 46.48 | 46.48 |
| Rabobank, N.A. | 2600-000 | N/A | 40.59 | 40.59 | 40.59 |
| Rabobank, N.A. | 2600-000 | N/A | 41.96 | 41.96 | 41.96 |
| Rabobank, N.A. | 2600-000 | N/A | 46.24 | 46.24 | 46.24 |
| Rabobank, N.A. | 2600-000 | N/A | 44.72 | 44.72 | 44.72 |
| Rabobank, N.A. | 2600-000 | N/A | 40.34 | 40.34 | 40.34 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 47.48 | 47.48 | 47.48 |
| Rabobank, N.A. | 2600-000 | N/A | 43.09 | 43.09 | 43.09 |
| Rabobank, N.A. | 2600-000 | N/A | 41.60 | 41.60 | 41.60 |
| Rabobank, N.A. | 2600-000 | N/A | 47.27 | 47.27 | 47.27 |
| Rabobank, N.A. | 2600-000 | N/A | 40.04 | 40.04 | 40.04 |
| Rabobank, N.A. | 2600-000 | N/A | 47.13 | 47.13 | 47.13 |
| Rabobank, N.A. | 2600-000 | N/A | 44.20 | 44.20 | 44.20 |
| Rabobank, N.A. | 2600-000 | N/A | 39.86 | 39.86 | 39.86 |
| Rabobank, N.A. | 2600-000 | N/A | 41.20 | 41.20 | 41.20 |
| Rabobank, N.A. | 2600-000 | N/A | 45.40 | 45.40 | 45.40 |
| Rabobank, N.A. | 2600-000 | N/A | 42.49 | 42.49 | 42.49 |
| Rabobank, N.A. | 2600-000 | N/A | 41.02 | 41.02 | 41.02 |
| Rabobank, N.A. | 2600-000 | N/A | 46.61 | 46.61 | 46.61 |
| Rabobank, N.A. | 2600-000 | N/A | 40.89 | 40.89 | 40.89 |
| Rabobank, N.A. | 2600-000 | N/A | 45.06 | 45.06 | 45.06 |
| Rabobank, N.A. | 2600-000 | N/A | 43.59 | 43.59 | 43.59 |
| Rabobank, N.A. | 2600-000 | N/A | 37.31 | 37.31 | 37.31 |
| Rabobank, N.A. | 2600-000 | N/A | 46.70 | 46.70 | 46.70 |
| Rabobank, N.A. | 2600-000 | N/A | 41.14 | 41.14 | 41.14 |
| Rabobank, N.A. | 2600-000 | N/A | 38.33 | 38.33 | 38.33 |
| Rabobank, N.A. | 2600-000 | N/A | 43.73 | 43.73 | 43.73 |
| Rabobank, N.A. | 2600-000 | N/A | 40.93 | 40.93 | 40.93 |
| Rabobank, N.A. | 2600-000 | N/A | 39.51 | 39.51 | 39.51 |
| Rabobank, N.A. | 2600-000 | N/A | 43.54 | 43.54 | 43.54 |
| Rabobank, N.A. | 2600-000 | N/A | 42.11 | 42.11 | 42.11 |
| Rabobank, N.A. | 2600-000 | N/A | 39.34 | 39.34 | 39.34 |
| Rabobank, N.A. | 2600-000 | N/A | 43.35 | 43.35 | 43.35 |
| Rabobank, N.A. | 2600-000 | N/A | 40.57 | 40.57 | 40.57 |
| Rabobank, N.A. | 2600-000 | N/A | 39.17 | 39.17 | 39.17 |
| Rabobank, N.A. | 2600-000 | N/A | 44.51 | 44.51 | 44.51 |
| Rabobank, N.A. | 2600-000 | N/A | 38.95 | 38.95 | 38.95 |
| Rabobank, N.A. | 2600-000 | N/A | 38.89 | 38.89 | 38.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,916.50 | $11,916.50 | $11,916.50 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MB Financial Bank, N.A. | 7100-000 | N/A | 11,000,000.00 | 11,000,000.00 | 13,594.37 |
| 3 | Norstates Bank | 7100-000 | N/A | 2,029,450.86 | 2,029,450.86 | 2,508.10 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 296.60 | 296.60 | 0.37 |
| 5 | MB Financial Bank, successor to New Century Bank | 7100-000 | N/A | 1,252,251.84 | 1,252,251.84 | 1,547.60 |
| 6 | Columbia Housing SLP Corp & PNC Multifamily | 7100-000 | N/A | 136,247.44 | 136,247.44 | 168.38 |
| 7 -2 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 | Fifth Third Bank | 7100-000 | N/A | 707,259.99 | 707,259.99 | 0.00 |
| 9 -3 | Village Bank and Trust | 7100-000 | N/A | 670,944.27 | 670,944.27 | 0.00 |
| | Clerk of the US Bankruptcy Court | 7100-000 | N/A | 1,703.26 | 1,703.26 | 1,703.26 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $15,798,154.26 | $15,798,154.26 | $19,522.08 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  

**Period Ending:** 11/02/16

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 04/19/10 (f)  
**§341(a) Meeting Date:** 06/07/10  
**Claims Bar Date:** 03/30/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 1200 W. Monroe, #905&906 , Chicago, IL, Condo<br>   Orig. Asset Memo: Imported from original petition Doc# 12 | 300,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash<br>   Orig. Asset Memo: Imported from original petition Doc# 12 | 40.00 | 40.00 | | 0.00 | FA |
| 3 | Bank of America - Checking Account P.O. Box 2511<br>   Orig. Asset Memo: Imported from original petition Doc# 12 | 2,310.19 | 2,310.19 | | 2,310.19 | FA |
| 4 | Bank of America - Money Market P.O. Box 25118 Ta<br>   Orig. Asset Memo: Imported from original petition Doc# 12 | 55.05 | 55.05 | | 55.05 | FA |
| 5 | First Midwest Bank 3800 Rock Creek Boulevard Jol<br>   Orig. Asset Memo: Imported from original petition Doc# 12 | 902.66 | 902.66 | | 902.66 | FA |
| 6 | Charles Schwab 211 Main Street San Francisco, CA<br>   Orig. Asset Memo: Imported from original petition Doc# 12 | 4,208.39 | 4,208.39 | | 4,208.39 | FA |
| 7 | Health Savings Account American Chartered Bank 1<br>   Orig. Asset Memo: Imported from original petition Doc# 12 | 57.59 | 57.59 | | 0.00 | FA |
| 8 | Flexible Spending Account United Health Care P.O<br>   Orig. Asset Memo: Imported from original petition Doc# 12 | 495.77 | 495.77 | | 0.00 | FA |
| 9 | Investment Account Credit Suisse Eleven Madison<br>   Orig. Asset Memo: Imported from original petition Doc# 12 | 6,263.35 | 6,263.35 | | 3,131.68 | FA |
| 10 | Household goods and furnishingsSee Attached List<br>   Orig. Asset Memo: Imported from original petition Doc# 12 | 2,272.50 | 2,272.50 | | 0.00 | FA |
| 11 | Paintings (2) (approx. liquidation value)<br>   Orig. Asset Memo: Imported from original petition Doc# 12 | 75.00 | 75.00 | | 0.00 | FA |
| 12 | Men's Clothing (approx. liquidation value) | 500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  

**Period Ending:** 11/02/16  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 04/19/10 (f)  
**§341(a) Meeting Date:** 06/07/10  
**Claims Bar Date:** 03/30/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from original petition Doc# 12 | | | | | |
| 13  Men's Watch (approx. liquidation value)<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 300.00 | 300.00 | | 0.00 | FA |
| 14  Wedding Band (approx. liquidation value)<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 150.00 | 150.00 | | 0.00 | FA |
| 15  Woodworking Equipment (approx. liquidation value<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 575.00 | 575.00 | | 0.00 | FA |
| 16  Prudential - Variable Life Insurance P.O. Box 73<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 38,607.84 | 0.00 | | 0.00 | FA |
| 17  American General - Term Life Insurance 2727-A Al<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 18  401(k) Guardian Life Insurance Co. 7 Hanover Squ<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 231,885.65 | 0.00 | | 0.00 | FA |
| 19  IRA Charles Schwab 211 Main Street San Francisco<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 2,397.46 | 0.00 | | 0.00 | FA |
| 20  909 Shares of Verizon @ 30.45 per share Charles<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 13,839.53 | 9,839.53 | | 9,839.53 | FA |
| 21  78 Shares of Prudential Financial @ 51.03 per sh<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 3,980.34 | 3,980.34 | | 3,980.34 | FA |
| 22  1000 Shares of Valuclick @ 10.14 per share Credi<br>Orig. Asset Memo: Imported from original petition Doc# 12 | 5,070.00 | 5,070.00 | | 5,070.00 | FA |
| 23  32.1493 Shares of Motorola @ $7.09 per share<br>Orig. Asset Memo: Imported from original petition | 227.94 | 227.94 | | 227.94 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  

**Period Ending:** 11/02/16  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 04/19/10 (f)  
**§341(a) Meeting Date:** 06/07/10  
**Claims Bar Date:** 03/30/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 12 | | | | | |
| 24 | 3330 LLC, an Illinois limited liability company<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 25 | 3J-L, LLC, an Illinois limited liability company<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 26 | A.M. Pickus Limited Partnership - Ownership Inte<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 27 | BC Leasing of Ill, Inc., an Illinois corporation<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 28 | BIX Corp., an Illinois corporation - 16.67% Owne<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 29 | Castle Road Limited Partnership - .01% General P<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 30 | G.L. Venture, L.L.C., an Illinois limited liabil<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 31 | Grayslake Senior Residence L.P. - 5.55% Limited<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 32 | North Shore Development Company, an Illinois cor<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 33 | OSP III, LLC, an Illinois limited liability comp<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 34 | Pickus Construction and Equipment Company, Inc.,<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 12 | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  

**Period Ending:** 11/02/16

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 04/19/10 (f)  
**§341(a) Meeting Date:** 06/07/10  
**Claims Bar Date:** 03/30/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 35 | Signature Condos One, LLC, an Illinois limited l<br>    Orig. Asset Memo: Imported from original petition Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 36 | Standing Rock LLC, an Illinois limited liability<br>    Orig. Asset Memo: Imported from original petition Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 37 | Zion Senior Cottages, Inc., an Illinois corporat<br>    Orig. Asset Memo: Imported from original petition Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 38 | Amended 2007 Federal Tax Return - anticipated re<br>    Orig. Asset Memo: Imported from original petition Doc# 12 | 1,649.50 | 1,649.50 | | 0.00 | FA |
| 39 | Amended 2007 State Tax Return - anticipated refu<br>    Orig. Asset Memo: Imported from original petition Doc# 12 | 61.00 | 61.00 | | 0.00 | FA |
| 40 | Gross wages accrued on April 16, 2010 Administaf<br>    Orig. Asset Memo: Imported from original petition Doc# 12 | 249.97 | 37.50 | | 0.00 | FA |
| 41 | Possible 2009 Federal Tax Refund Internal Revenu<br>    Orig. Asset Memo: Imported from original petition Doc# 12 | Unknown | Unknown | | 1,710.50 | FA |
| 42 | Possible 2009 State Tax Refund Illinois Departme<br>    Orig. Asset Memo: Imported from original petition Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| 43 | Dog<br>    Orig. Asset Memo: Imported from original petition Doc# 12 | Unknown | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.30 | FA |
| 44 | **Assets** Totals (Excluding unknown values) | **$616,174.73** | **$38,571.31** | | **$31,438.58** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claims objections being processed, then can do TFR.

12/15 Proceesing claim objections to facilitate TFR, anticipated claim objections to be completed spring 2016, TFR in the summer.

Exhibit 8

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 04/19/10 (f)  
**§341(a) Meeting Date:** 06/07/10  

**Period Ending:** 11/02/16  
**Claims Bar Date:** 03/30/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2012   **Current Projected Date Of Final Report (TFR):** April 5, 2016 (Actual)

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  

**Taxpayer ID #:** **-***6234  
**Period Ending:** 11/02/16  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******47-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/11 | | Louis Pickus | Cash balance from bank account/Money Market Account | | 2,365.24 | | 2,365.24 |
| | {3} | | | 2,310.19 | 1129-000 | | 2,365.24 |
| | {4} | | | 55.05 | 1129-000 | | 2,365.24 |
| 04/18/11 | {5} | Louis J. Pickus | Cash balance from joint checking | 1129-000 | 902.66 | | 3,267.90 |
| 04/19/11 | {6} | Sara H. Pickus | Debtor's portion of Chas. Scwab acc't  value as of date of petition filing | 1129-000 | 4,208.39 | | 7,476.29 |
| 04/19/11 | {9} | Sara H. Pickus | Debtor's portion of Credit Suisse acc't Value as of date of Petition Filing | 1129-000 | 3,131.68 | | 10,607.97 |
| 04/19/11 | {20} | Sara H. Pickus | Debtor's portion of 909 shares of Verizon stock Value as of date of Petition filing | 1129-000 | 9,839.53 | | 20,447.50 |
| 04/19/11 | {21} | Sara H. Pickus | Debtor's portion 78 Shares of Prudential Financial Asset Value as of date of Petition filing | 1129-000 | 3,980.34 | | 24,427.84 |
| 04/19/11 | {22} | Sara H. Pickus | Asset Value debtor's portion 100 shares Valueclick as of date of Petition filing | 1129-000 | 5,070.00 | | 29,497.84 |
| 04/19/11 | {23} | Sara H. Pickus | Asset Value debtor's shares Motorola as of date of Petition Filing | 1129-000 | 227.94 | | 29,725.78 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 29,725.88 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 29,726.13 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,726.37 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 29,726.62 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.01 | 29,669.61 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 29,669.86 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.11 | 29,600.75 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.04 | 29,602.79 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,603.03 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.82 | 29,542.21 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 29,542.46 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.68 | 29,483.78 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,484.02 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.62 | 29,419.40 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,419.64 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.45 | 29,359.19 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,359.43 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.18 | 29,295.25 |

Subtotals :   $29,728.08   $432.83

{} Asset reference(s)                                             Printed: 11/02/2016 04:49 PM     V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  

**Taxpayer ID #:** **-***6234  
**Period Ending:** 11/02/16  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******47-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/07/12 |  | To Account #**********4766 | TRANSFER OF FUNDS | 9999-000 |  | 26.63 | 29,268.62 |
| 02/23/12 | {41} | Sara H. Pickus | Possible 2009 Federal Tax Refund | 1129-000 | 1,710.50 |  | 30,979.12 |
| 02/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 58.57 | 30,920.55 |
| 03/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 63.36 | 30,857.19 |
| 04/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 61.12 | 30,796.07 |
| 05/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 69.42 | 30,726.65 |
| 06/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 60.86 | 30,665.79 |
| 07/09/12 |  | To Account #**********4766 | TRANSFER OF FUNDS | 9999-000 |  | 30,665.79 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 31,438.58 | 31,438.58 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 30,692.42 |  |
|  |  |  | **Subtotal** |  | 31,438.58 | 746.16 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$31,438.58** | **$746.16** |  |

{} Asset reference(s)    Printed: 11/02/2016 04:49 PM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  

**Taxpayer ID #:** **-***6234  
**Period Ending:** 11/02/16  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******47-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/07/12 | | From Account #**********4765 | TRANSFER OF FUNDS | 9999-000 | 26.63 | | 26.63 |
| 02/10/12 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #10-17309, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 26.63 | 0.00 |
| 07/09/12 | | From Account #**********4765 | TRANSFER OF FUNDS | 9999-000 | 30,665.79 | | 30,665.79 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.08 | 30,619.71 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.83 | 30,554.88 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.43 | 30,496.45 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.73 | 30,427.72 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.34 | 30,365.38 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.14 | 30,305.24 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 30,305.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,692.42 | 30,692.42 | $0.00 |
| | | | Less: Bank Transfers | | 30,692.42 | 30,305.24 | |
| | | | **Subtotal** | | 0.00 | 387.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $387.18 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  
**Taxpayer ID #:** **-***6234  
**Period Ending:** 11/02/16  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 30,305.24 | | 30,305.24 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.48 | 30,258.76 |
| 02/08/13 | 10102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #10-17309, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 33.54 | 30,225.22 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.59 | 30,184.63 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.96 | 30,142.67 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.24 | 30,096.43 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.72 | 30,051.71 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.34 | 30,011.37 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.48 | 29,963.89 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.09 | 29,920.80 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.60 | 29,879.20 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.27 | 29,831.93 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.04 | 29,791.89 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.13 | 29,744.76 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.20 | 29,700.56 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.86 | 29,660.70 |
| 03/04/14 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #10-17309, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 27.44 | 29,633.26 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.20 | 29,592.06 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.40 | 29,546.66 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.49 | 29,504.17 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.02 | 29,463.15 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.61 | 29,416.54 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.89 | 29,375.65 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.06 | 29,330.59 |
| 10/20/14 | 10104 | Illinois Department of Revenue | payment for administrative income tax | 2820-000 | | 598.00 | 28,732.59 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.59 | 28,689.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.31 | 28,651.69 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.70 | 28,604.99 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.14 | 28,563.85 |
| 02/18/15 | 10105 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER | 2200-000 | | 20.27 | 28,543.58 |

Subtotals :    $30,305.24    $1,761.66

{} Asset reference(s)    Printed: 11/02/2016 04:49 PM    V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-17309-ABG  
**Case Name:** PICKUS, LOUIS  

**Taxpayer ID #:** **-***6234  
**Period Ending:** 11/02/16  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | BALANCE AS OF 12/31/2014 FOR CASE #10-17309, Reimbursement for Blanket Bond No. 10BSBGR6291 | | | | |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.33 | 28,505.25 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.73 | 28,461.52 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.93 | 28,420.59 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.51 | 28,381.08 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.54 | 28,337.54 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.11 | 28,295.43 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.34 | 28,256.09 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.35 | 28,212.74 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.57 | 28,172.17 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.17 | 28,133.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.51 | 28,088.49 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.95 | 28,049.54 |
| 02/12/16 | 10106 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #10-17309, Bond premium - 2-01-16 to 2-01-17 | 2200-000 | | 18.86 | 28,030.68 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.89 | 27,991.79 |
| 05/20/16 | 10107 | JOHN E. GIERUM | Dividend paid 100.00% on $3,893.86, Trustee Compensation;  Reference: | 2100-000 | | 3,893.86 | 24,097.93 |
| 05/20/16 | 10108 | Lois West, Popowcer Katten, Ltd. | Dividend paid 100.00% on $931.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 931.00 | 23,166.93 |
| 05/20/16 | 10109 | JOHN E. GIERUM | Dividend paid 100.00% on $131.59, Trustee Expenses;  Reference: | 2200-000 | | 4.85 | 23,162.08 |
| 05/20/16 | 10110 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $750.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 750.00 | 22,412.08 |
| 05/20/16 | 10111 | John Gierum, Gierum & Mantas | Dividend paid 100.00% on $2,890.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,890.00 | 19,522.08 |
| 05/20/16 | 10112 | MB Financial Bank, N.A. | First and Final Distribution | 7100-000 | | 13,594.37 | 5,927.71 |
| 05/20/16 | 10113 | Norstates Bank | First and Final Distribution | 7100-000 | | 2,508.10 | 3,419.61 |
| 05/20/16 | 10114 | MB Financial Bank, successor to New Century Bank | First and Final Distribution | 7100-000 | | 1,547.60 | 1,872.01 |
| 05/20/16 | 10115 | Columbia Housing SLP Corp & PNC Multifamily | First and Final Distribution | 7100-000 | | 168.38 | 1,703.63 |

Subtotals :            $0.00            $26,839.95

{} Asset reference(s)            Printed: 11/02/2016 04:49 PM    V.13.28

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 10-17309-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | PICKUS, LOUIS | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1666 - Checking Account |
| Taxpayer ID #: | **-***6234 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/02/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/20/16 | 10116 | Fifth Third Bank | First and Final Distribution<br>Stopped on 08/22/16 | 7100-000 | | 874.07 | 829.56 |
| 05/20/16 | 10117 | Village Bank and Trust | First and Final Distribution<br>Stopped on 08/22/16 | 7100-000 | | 829.19 | 0.37 |
| 05/20/16 | 10118 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 0.37 | 0.00 |
| 08/22/16 | 10116 | Fifth Third Bank | First and Final Distribution<br>Stopped: check issued on 05/20/16 | 7100-000 | | -874.07 | 874.07 |
| 08/22/16 | 10117 | Village Bank and Trust | First and Final Distribution<br>Stopped: check issued on 05/20/16 | 7100-000 | | -829.19 | 1,703.26 |
| 10/21/16 | 10119 | Clerk of the US Bankruptcy Court | Unclaimed Funds | 7100-000 | | 1,703.26 | 0.00 |
| | | | ACCOUNT TOTALS | | 30,305.24 | 30,305.24 | $0.00 |
| | | | Less: Bank Transfers | | 30,305.24 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 30,305.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $30,305.24 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******47-65 | 31,438.58 | 746.16 | 0.00 |
| Checking # ****-******47-66 | 0.00 | 387.18 | 0.00 |
| Checking # ******1666 | 0.00 | 30,305.24 | 0.00 |
| | $31,438.58 | $31,438.58 | $0.00 |

{} Asset reference(s)      Printed: 11/02/2016 04:49 PM    V.13.28